```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2000 JAN 19  A 11: 10

                              LORETTA G. WHYTE
                                    CLERK
```

**MINUTE ENTRY**
**BERRIGAN, J.**
**January 12, 2000**

| | |
|---|---|
| **CHERI MOORE** | CIVIL ACTION |
| versus | NO. 00-83 |
| J.C. PENNEY CO., INC., et al. | SECTION "C" (3) |

     **IT IS ORDERED** that the parties shall submit memoranda directed to the following issue no later than Monday, February 7, 2000 at 5 p.m.:

     Did the minimum amount for federal diversity jurisdiction (i.e., over $75,000) exist at the time this action was removed?

*[signature]*

**JAN 19 2000**
DATE OF ENTRY