



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

MINUTE ENTRY
BERRIGAN, J
MARCH 22, 2000


   **IT IS ORDERED** that the following motions set for hearing on March 29, 2000, will

be considered on the briefs.


| | |
|---|---|
| CR97-238 | **UNITED STATES OF AMERICA V JOHN A. BERGLIN**<br>Motion by John A. Berglin to modify conditions of probation (20) |
| 98-1792<br>c/w<br>98-2102 | **CARL BERNOFSKY V THE ADMINISTRATORS OF THE TULANE**<br>**EDUCATION FUND**<br>Motion by The Administrators of the Tulane Educational Fund for summary<br>judgment (72) |
| 99-2200 | **MICHAEL CHAUVIN, ETC., ET AL V SHERIFF HARRY LEE, ETC., ET**<br>**AL**<br>Motion by Michael Chauvin and Velma Chauvin to continue trial (23) |
| 00-0083 | **CHERI MOORE V J.C. PENNEY COMPANY, INC., ET AL**<br>Motion by J.C. Penney Company, Inc. and Liberty Mutual Insurance<br>Company for rehearing on the order of remand entered on 2/23/00 (9) |

**DATE OF ENTRY**

**MAR 2 3 2000**

___Fee_____
___Process_____
X_Dktd_____
___CtRmDep____
Doc.No._____

DATE OF ENTRY _____

**00-0338      PARISH OF JEFFERSON V METAL ROOFING SPECIALTIES, INC., ET AL**
**Motion by Parish of Jefferson to remand to the 24th Judicial District Court for the Parish of Jefferson (8)**

*March 23, 2000*

*Lansing L. Mitchell*

**UNITED STATES DISTRICT JUDGE**